IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ED DAIE,

    Plaintiff,

  v.

THE REED GROUP, *et al.*,

    Defendants.

No. C 15-03813 WHA

**ORDER RE STIPULATION CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS**

    Pursuant to the order reassigning this matter, all scheduled dates were vacated and motions were required to be renoticed for hearing, although briefing schedules remained unchanged (Dkt. No. 15). At the time of the reassignment, there were two motions to dismiss pending, scheduled for hearing on October 2. Plaintiff's responses to those motions are due on September 10. Although defendants have not renoticed their motions, the parties filed a stipulation requesting a continuance of the hearing and an extension on the briefing schedule for the motions to dismiss. This order treats the stipulation as a renotice of the motion, although defendants should lodge chambers copies of all documents pertaining to this motion. Good cause shown, plaintiff's responses shall be due on **OCTOBER 1** and defendants' replies shall be due on **OCTOBER 8**. The motion shall be heard on **OCTOBER 29 AT 8:00 A.M.**

    **IT IS SO ORDERED.**

Dated: September 9, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE