IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ED DAIE,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY, THE REED GROUP, INTEL CORPORATION, CLAIM APPEAL FIDUCIARY SERVICES, and DOES 1–50,

    Defendants.

No. C 15-03813 WHA

**ORDER RE EXTENSION**

    The parties have filed a stipulation seeking to extend the deadline for defendants' replies in support of their motions to dismiss due to a family emergency (Dkt. No. 24). Good cause shown, defendants have until **TUESDAY, OCTOBER 13, 2015** to file and serve their replies. The hearing on October 29 remains in place.

    **IT IS SO ORDERED.**

Dated: October 6, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE