IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ED DAIE,

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY, THE REED GROUP, INTEL CORPORATION, CLAIM APPEAL FIDUCIARY SERVICES, and DOES 1–50,

    Defendants.

No. C 15-03813 WHA

**REQUEST FOR FURTHER INFORMATION**

    In opposing defendants' motion to transfer this action, plaintiff contends that he expects to call numerous witnesses from Intel who are located in this district but has not identified those witnesses. By **MONDAY OCTOBER 26 AT NOON**, plaintiff shall identify, by name, each witness he intends to call who is located in this district, with a brief summary of the expected subject matter of that witness's testimony.

Dated: October 22, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE